1040

[No. 52283-3-I. Division One. March 8, 2004.]

JOYCE D. HARDY, *Appellant*, v. FAIRWOOD GREENS HOMEOWNERS' ASSOCIATION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-19922-4, Jay V. White, J., entered April 11, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 21277-7-III. Division Three. March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN L. NOLLETTE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 02-1-00013-6, William D. Acey, J., entered June 28, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 21745-1-III. Division Three. March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DARREN RAY WHITEHEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02967-2, Ellen K. Clark, J., entered January 14, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 21765-5-III. Division Three. March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLEY DAVID MYNATT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02005-5, Robert D. Austin, J., entered January 17, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.